UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BALENTIN MARTINEZ QUINONEZ,**<br><br>　　　　　　**Petitioner,**<br><br>　　　v.<br><br>LINDA T. McGREW, Warden,<br><br>　　　　　　Respondent. | Case No. LA CV 13-00515-VBF-JC<br><br>ORDER<br><br>Overruling Petitioner's Objections, Adopting the Report and Recommendation, and Dismissing the Habeas Petition Without Prejudice |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the 28 U.S.C. section 2241 petition for a writ of habeas corpus ("petition"), the respondent's return and accompanying memorandum of points and authorities (Document ("Doc") 5), petitioner's traverse brief (Doc 8), the record herein, the Report and Recommendation of the United States Magistrate Judge ("R&R"), petitioner's objections to the R&R ("Objections"), and the applicable law. The Court has made a *de novo* determination of those portions of the R&R to which petitioner specifically objected. Accordingly:

　　　Petitioner's objection **[Doc #16] is OVERRULED.**

　　　The Report and Recommendation **[Doc #13-1]** is **ADOPTED**.

　　　The habeas corpus petition **[Doc #1] is DISMISSED without prejudice** due to petitioner's failure to prove exhaustion of prison administrative remedies.

　　　A judgment dismissing this action without prejudice will be entered by separate document.

The Clerk **SHALL SERVE** copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

DATED: December 10, 2014

*/s/ Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge