UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BALENTIN MARTINEZ QUINONEZ, | ) ) ) | **Case No. LA CV 13-00515-VBF-JC** |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| LINDA T. McGREW, Warden, | ) ) ) ) | |
| Respondent | ) | |

It is adjudged that this action is hereby dismissed without prejudice.

DATED:    December 10, 2014

*Valerie Baker Fairbank*

Valerie Baker Fairbank
Senior United States District Judge